UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARLOS VALLE GUERRA, RENE VALLE
GUERRA and DANIEL VALLE, on behalf of
themselves and all others similarly situated,

                              Plaintiffs,                            No. 24 Civ. 6358 (JMF)(SDA)

                -against-

KODRA CONTRACTING CORP., KODRA            **(PROPOSED) JUDGMENT**
CONSTRUCTION CORP., SOKOL KODRA,
BARDHOK KODRA, and MIRJANE KODRA,

                              Defendants.
------------------------------------------------------------------------X

**The Court Orders that:**

Plaintiffs Carlos Valle Guerra, Rene Valle Guerra, Daniel Valle, Luis Morocho, Marcos Lopez, Alberto Santiago de Los Santos, and Luis Yumbulema Poaquiza recover from Defendants Kodra Contracting Corp., Kodra Construction Corp., Sokol Kodra, Bardhok Kodra, and Mirjane Kodra, jointly and severally, the total amount of One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 29).

Dated:  New York, New York

      _____, 2024

                                                                    **SO ORDERED:**

                                                                 _____
                                                                 Hon. Jesse M. Furman
                                                                  United States District Judge