UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CARLOS VALLE GUERRA, RENE VALLE
GUERRA and DANIEL VALLE, on behalf of
themselves and all others similarly situated,

                Plaintiffs,        No. 24 Civ. 6358 (JMF)(SDA)

          -against-

KODRA CONTRACTING CORP., KODRA       (PROPOSED) JUDGMENT
CONSTRUCTION CORP., SOKOL KODRA,
BARDHOK KODRA, and MIRJANE KODRA,

                Defendants.
------------------------------------------------------------------------X

**The Court Orders that:**

Plaintiffs Carlos Valle Guerra, Rene Valle Guerra, Daniel Valle, Luis Morocho, Marcos Lopez, Alberto Santiago de Los Santos, and Luis Yumbulema Poaquiza recover from Defendants Kodra Contracting Corp., Kodra Construction Corp., Sokol Kodra, Bardhok Kodra, and Mirjane Kodra, jointly and severally, the total amount of One Hundred Ten Thousand Dollars and Zero Cents ($110,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 29).

Dated: New York, New York

           _____December 3, 2024      Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

                                                         SO ORDERED:

                                                         _____
                                                         Hon. Jesse M. Furman
                                                        United States District Judge